UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE ASSAD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-2034-GMN-NJK |
| | ) | |
| vs. | ) | ORDER DENYING DISCOVERY PLAN |
| | ) | (Docket No. 11) |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 11), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than December 17, 2013, that correctly states the number of days for discovery they are requesting as well as a more specific explanation for why a longer discovery period should apply to this case.

In the present proposed discovery plan, the parties indicate that 365 days are required for discovery, yet they propose a discovery cut-off date measured from the Rule 26 conference and not the date that Defendant first answered or otherwise appeared. Further, the parties have not provided a sufficient explanation for why they need twice the presumptively reasonable 180 days for discovery.[1] Therefore, the parties must provide "a statement of the reasons why longer or different time periods

---

[1] The extent of the parties' explanation is that they "are requesting additional time based upon the amount of damages." Docket No. 11, at 2.

should apply to the case . . ." *See* LR 26-1(d).

Finally, the proposed discovery plan incorrectly states the requirements of LR 26-4. Under LR 26-4, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. LR 26-4. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect.

The parties shall submit a revised discovery plan, no later than December 17, 2013, that complies with the Local Rules and that provides sufficient reasons for the requested extended deadlines, should the parties still seek longer than the presumptively reasonable 180 days.

IT IS SO ORDERED.

DATED: December 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2