# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE ASSAD, | |
|     Plaintiff, | Case No. 2:13-cv-02034-GMN-NJK |
| vs. | RECUSAL ORDER |
| STATE FARM MUTUAL INSURANCE CO., | |
|     Defendant. | |

This matter is currently assigned to the undersigned Magistrate Judge. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: July 21, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge